# IN THE SUPREME COURT OF TEXAS

### Misc. Docket No. 14-9184

## DENIAL OF APPELLEE'S MOTION TO RETURN CASE TO THE SECOND COURT OF APPEALS

The Supreme Court denies Appellee's Motion to Return Case to the Second Court of Appeals in the following case:

Case Number: 08-14-00104-CV
*Cyndy Zamora*
v.
*Tarrant County Hospital District d/b/a JPS Health Network*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 15th day of September, 2014.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS